1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES SMITH (State Bar No. 190050)
2  James.Smith@kilpatricktownsend.com
   DAVID LYNCH (*pro hac vice*)
3  dlynch@kilpatricktownsend.com
   JAMIE LIPSITZ (*pro hac vice*)
4  jlipsitz@kilpatricktownsend.com
   Two Embarcadero Center, Suite 1900
5  San Francisco, CA  94111
   Telephone:   415 576 0200
6  Facsimile:    415 576 0300

7  Attorneys for Plaintiff
   E.D. BULLARD COMPANY
8
   WOLKIN CURRAN, LLP
9  Brandt Louis Wolkin (SBN 112220)
   bwolkin@wolkincurran.com
10 Jennifer L. Elowsky (SBN 230739)
   jelowsky@wolkincurran.com
11 Telephone: 415 982-9390
   Facsimile: 415 982-4328
12 111 Maiden Lane, 6th Floor
   San Francisco, CA 94108
13
   Attorneys for Defendant
14 ADMIRAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| E.D. BULLARD COMPANY, | Case No. 3:19-cv-07818-RS |
|---|---|
| Plaintiff, | ORDER **JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| ADMIRAL INSURANCE COMPANY, and DOES 1 through 100, inclusive, | Complaint Filed: November 27, 2019 |
| Defendants. | ASSIGNED TO THE HONORABLE JUDGE RICHARD SEEBORG |



JT. STIP. TO DISMISS ACTION WITHOUT PREJUDICE
CASE NO. 3:19-CV-07818-RS
US2008 17158785 1

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action should be dismissed without prejudice due to lack of subject matter jurisdiction.

DATED: July 22, 2020                Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */S/ James Smith*
     JAMES SMITH

Attorneys for Plaintiffs
E.D. BULLARD COMPANY

DATED: July 22, 2020                Respectfully submitted,

WOLKIN CURRAN, LLP


By: */S/ Jennifer L. Elowsky*
     JENNIFER L. ELOWSKY

Attorneys for Defendant
ADMIRAL INSURANCE COMPANY

### ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

   */S/ James Smith*
     James Smith



JT. STIP. TO DISMISS ACTION WITHOUT PREJUDICE
CASE NO. 3:19-CV-07818-RS

1

US2008 17158785 1

# **ORDER**

Plaintiff E.D. Bullard and Defendant Admiral Insurance Company have jointly stipulated to dismiss this action without prejudice

The JOINT STIPULATION IS GRANTED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 22, 2020

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

